THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT L. MARTIN et al., Appellants.

(Submitted June 22, 1903: decided June 25, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 315.)

---

THEODORE Cox, Respondent, *v.* WILLIAM A. O. PAUL, Appellant.

THEODORE Cox, Respondent, *v.* ISLAND MINING COMPANY, Appellant.

(Submitted June 22, 1903; decided June 25, 1903.)

Motion for reargment denied, with ten dollars costs. (See 175 N. Y. 328.)